### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BARBARA JARMASEK, on behalf of herself and all other Plaintiffs, | |
| Plaintiff, | Case No. 10-CV-694 |
| vs. | Judge Matthew F. Kennelly |
| PNC BANK, N.A., | Magistrate Judge Susan E. Cox |
| Defendant. | |

### NOTICE OF CONSENT FILING

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Forms for the following persons:

| | |
|---|---|
| Diesem | Marianne M. |
| Faser | Nancy A. |
| Jovaisa | Vilma |
| Kuhrt | Linda S. |
| Reilly | Jeanette I. |
| Sullivan | Eileen M. |

Dated: September 8, 2010

Respectfully submitted,

By: /s/ Bethany Hilbert
Marty Denis
Bethany Hilbert
BARLOW, KOBATA & DENIS
525 W. Monroe Street, Suite 2360
Chicago, Illinois 60661
(312) 648-5570
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Bethany Hilbert, an attorney, hereby certify that on September 8, 2010, I electronically filed the **NOTICE OF CONSENT FILING** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

>Sari M. Alamuddin
>Margit E. Anderson
>MORGAN, LEWIS & BOCKIUS LLP
>77 West Wacker Drive, Fifth Floor
>Chicago, Illinois 60601
>Telephone: (312) 324-1000
>Fax: (312) 324-1001

>/s/ Bethany Hilbert
>Bethany Hilbert

>Marty Denis
>Bethany Hilbert
>BARLOW, KOBATA & DENIS
>525 W. Monroe Street, Suite 2360
>Chicago, Illinois 60661
>(312) 648-5570
>*Attorneys for Plaintiffs*

**Must Be Postmarked
No Later Than:
August 24, 2010**

Marianne M. Diesem
918 Hickory Lane
Naperville, IL 60540

**REQUIRED INFORMATION OR CORRECTIONS**
Write any name and address corrections below if any corrections are necessary **OR** if the distribution check should be sent to a different address, **YOU MUST** provide that information here:

## CONSENT TO OPT INTO LAWSUIT AND DISMISS CLAIMS

I consent to opt into the lawsuit styled <u>Barbara Jarmasek, on behalf of herself and all other Plaintiffs v. PNC Bank, N.A.</u>, Civil Action No. 10-CV-694, that is currently pending in the United States District Court for the Northern District of Illinois, Eastern Division, for purposes of participating in settlement of the case. I also agree to dismiss with prejudice all claims that were raised in the above-styled lawsuit.

_Marianne Diesem_
Signature

MARIANNE DIESEM
Name Printed

918 Hickory Lane
Address

Naperville, IL 60540-7518
City, State, Zip

**REDACTED**
Social Security Number

August 12, 2010
Date Signed

**Must Be Postmarked
No Later Than:
August 24, 2010**

Nancy A. Faser
975 Eddystone Cir.
Naperville, IL 60565

| REQUIRED INFORMATION OR CORRECTIONS |
|---|
| Write any name and address corrections below if any corrections are necessary **OR** if the distribution check should be sent to a different address, **YOU MUST** provide that information here: |
|  |

## CONSENT TO OPT INTO LAWSUIT AND DISMISS CLAIMS

I consent to opt into the lawsuit styled <u>Barbara Jarmasek, on behalf of herself and all other Plaintiffs v. PNC Bank, N.A.</u>, Civil Action No. 10-CV-694, that is currently pending in the United States District Court for the Northern District of Illinois, Eastern Division, for purposes of participating in settlement of the case. I also agree to dismiss with prejudice all claims that were raised in the above-styled lawsuit.

*[signature]*
Signature

*Nancy A. Faser*
Name Printed

*975 Eddystone Cir*
Address

*Naperville, IL 60565*
City, State, Zip

**REDACTED**
Social Security Number

*August 22, 2010*
Date Signed

**Must Be Postmarked
No Later Than:
August 24, 2010**

Vilma Jovaisa
7914 Janes Ave.
Apt. 208
Woodridge, IL 60517

| **REQUIRED INFORMATION OR CORRECTIONS** |
| --- |
| Write any name and address corrections below if any corrections are necessary **OR** if the distribution check should be sent to a different address, **YOU MUST** provide that information here: |
|  |
|  |
|  |
|  |

## CONSENT TO OPT INTO LAWSUIT AND DISMISS CLAIMS

I consent to opt into the lawsuit styled <u>Barbara Jarmasek, on behalf of herself and all other Plaintiffs v. PNC Bank, N.A.</u>, Civil Action No. 10-CV-694, that is currently pending in the United States District Court for the Northern District of Illinois, Eastern Division, for purposes of participating in settlement of the case. I also agree to dismiss with prejudice all claims that were raised in the above-styled lawsuit.

_[signed]_
Signature

VILMA JOVAISA
Name Printed

7914 JANES AVE 208
Address

WOODRIDGE, IL 60517
City, State, Zip

**REDACTED**
Social Security Number

08/6/10
Date Signed

**Must Be Postmarked
No Later Than:
August 24, 2010**

Linda S. Kuhrt
1424 Lark Lane
Naperville, IL 60565

| REQUIRED INFORMATION OR CORRECTIONS |
|---|
| Write any name and address corrections below if any corrections are necessary **OR** if the distribution check should be sent to a different address, **YOU MUST** provide that information here: |

## CONSENT TO OPT INTO LAWSUIT AND DISMISS CLAIMS

I consent to opt into the lawsuit styled <u>Barbara Jarmasek, on behalf of herself and all other Plaintiffs v. PNC Bank, N.A.</u>, Civil Action No. 10-CV-694, that is currently pending in the United States District Court for the Northern District of Illinois, Eastern Division, for purposes of participating in settlement of the case. I also agree to dismiss with prejudice all claims that were raised in the above-styled lawsuit.

_Linda S. Kuhrt_
Signature

_Linda S. Kuhrt_
Name Printed

_1424 Lark Ln._
Address

_Naperville, IL 60565_
City, State, Zip

**REDACTED**
Social Security Number

_Aug. 10, 2010_
Date Signed

**Must Be Postmarked
No Later Than:
August 24, 2010**

Jeanette I. Reilly
1208 Cardinal Lane
Naperville, IL 60540

**REQUIRED INFORMATION OR CORRECTIONS**
Write any name and address corrections below if any corrections are necessary **OR** if the distribution check should be sent to a different address, **YOU MUST** provide that information here:

## CONSENT TO OPT INTO LAWSUIT AND DISMISS CLAIMS

I consent to opt into the lawsuit styled <u>Barbara Jarmasek, on behalf of herself and all other Plaintiffs v. PNC Bank, N.A.</u>, Civil Action No. 10-CV-694, that is currently pending in the United States District Court for the Northern District of Illinois, Eastern Division, for purposes of participating in settlement of the case. I also agree to dismiss with prejudice all claims that were raised in the above-styled lawsuit.

_Jeanette J Reilly_
Signature

_JEANETTE I. Reilly_
Name Printed

_1208 Cardinal LN_
Address

_Naperville IL 60540_
City, State, Zip

**REDACTED**
Social Security Number

_8-20-10_
Date Signed

**Must Be Postmarked
No Later Than:
August 24, 2010**

Eileen M. Sullivan
21 Olympus Drive
Apt. 1 D
Naperville, IL 60540

**REQUIRED INFORMATION OR CORRECTIONS**
Write any name and address corrections below if any corrections are necessary **OR** if the distribution check should be sent to a different address, **YOU MUST** provide that information here:

## CONSENT TO OPT INTO LAWSUIT AND DISMISS CLAIMS

I consent to opt into the lawsuit styled <u>Barbara Jarmasek, on behalf of herself and all other Plaintiffs v. PNC Bank, N.A.</u>, Civil Action No. 10-CV-694, that is currently pending in the United States District Court for the Northern District of Illinois, Eastern Division, for purposes of participating in settlement of the case. I also agree to dismiss with prejudice all claims that were raised in the above-styled lawsuit.

_Eileen M. Sullivan_
Signature

_Eileen M. Sullivan_
Name Printed

_21 Olympus Drive Apt 1d_
Address

_Naperville, IL 60540_
City, State, Zip

**REDACTED**
Social Security Number

_8-22-10_
Date Signed