**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BARBARA JARMASEK, on behalf of herself and all other Plaintiffs, | |
| Plaintiff, | Case No. 10-CV-694 |
| vs. | Judge Matthew F. Kennelly |
| PNC BANK, N.A., | Magistrate Judge Susan E. Cox |
| Defendant. | |

**JOINT REPORT OF THE PARTIES AND REQUEST FOR
FINAL DISMISSAL WITH PREJUDICE**

Defendant PNC Bank, N.A. ("PNC Bank" or "Defendant"), named Plaintiff Barbara Jarmasek, ("Jarmasek") along with the opt-in Plaintiffs (collectively "Plaintiffs," and together with Defendant, the "Parties"), by their attorneys, hereby file this Joint Report and Request for Final Dismissal with Prejudice. In support thereof, the Parties state as follows:

1. On July 7, 2010, the parties filed a Joint Motion For *In Camera* Review of the Parties' Confidential Global Settlement Agreement and Request for Approval of Confidential Global Settlement Agreement (Dkt. No. 27).

2. After review of the parties' proposed class settlement materials, including the Confidential Global Settlement Agreement ("Global Settlement Agreement"), on July 8, 2010, this Court entered an order approving the proposed settlement of the claims of this matter (Dkt. No. 30). Thereafter, named Plaintiff Barbara Jarmasek executed a Confidential Settlement and General Release.

3. Consistent with the terms of the Parties' Global Settlement Agreement, on August 4, 2010, Defendant's counsel sent letters to all eight Eligible Settlement Participants, not

including Jarmasek, informing them of the settlement and the procedure for collecting a portion of the settlement should they wish to participate. None of the letters were returned as undeliverable.

4. By the terms of the of the Global Settlement Agreement, Eligible Settlement Participants who wished to participate in the lawsuit had until August 24, 2010 (the "opt-in deadline") to mail to Defendant's counsel their executed Agreement and Release and Consent to Opt-In to Lawsuit and Dismiss Claims, copies of which were both enclosed with the August 4, 2010 letter.

5. On August 19, 2010, Defendant's counsel sent a follow-up letter to those Eligible Settlement Participants who had not yet submitted the Agreement and Release and Consent to Opt-In to Lawsuit and Dismiss Claims, reminding them of the opt-in deadline and procedure for collecting a portion of the settlement should they wish to participate. None of these letters were returned as undeliverable.

6. Of the eight (8) Eligible Settlement Participants, six (6) submitted the Agreement and Release and Consent to Opt-In to Lawsuit and Dismiss Claims.

7. On September 8, 2010, Plaintiffs filed a Notice of Consent Filing, as well as executed opt-in consent forms pursuant to 29 U.S.C. § 216, for the Eligible Settlement Participants who chose to opt-in to the lawsuit (Dkt. No 37).

8. Persons eligible to participate in the settlement have been afforded a full and fair opportunity to opt into this lawsuit, and the Parties have implemented the terms of the Global Settlement Agreement to the extent permitted before the dismissal of the claims.

9. Accordingly, the Parties hereby request that the Court enter the Order, attached hereto as Exhibit 1, DISMISSING WITH PREJUDICE and on the merits any and all claims that

DB1/65601607.2

- 3 -

were or could have been raised in the above-styled lawsuit by Plaintiff Barbara Jarmasek and further DISMISSING WITH PREJUDICE any and all claims that were raised in the above-styled lawsuit by each individual who has consented to opt into this lawsuit and is identified in Exhibit A to the attached Order.

| | |
|---|---|
| /s/   Bethany Hilbert | /s/    Margit E. Anderson |
| Marty Denis, Esq. | Sari Alamuddin |
| Bethany Hilbert | Margit E. Anderson |
| Barlow, Kobata & Denis | Morgan, Lewis & Bockius LLP |
| 525 West Monroe Street, Suite 2360 | 77 West Wacker Drive |
| Chicago, IL 60661 | Chicago, IL  60601 |
| Phone: 312.648.5570 | Phone:  312.324.1000 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | |
| Dated:  September 14, 2010 | Dated: September 14, 2010 |

I, Margit E. Anderson, an attorney, hereby certify that on September 14, 2010, I electronically filed the foregoing **JOINT REPORT OF THE PARTIES AND REQUEST FOR FINAL DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

>Marty Denis
>Bethany Hilbert
>BARLOW, KOBATA & DENIS
>525 W. Monroe Street, Suite 2360
>Chicago, Illinois 60661
>(312) 648-5570
>*Attorneys for Plaintiffs*

>/s/ Margit E. Anderson
>Margit E. Anderson
>
>Sari M. Alamuddin
>Margit E. Anderson
>MORGAN, LEWIS & BOCKIUS LLP
>77 West Wacker Drive, Fifth Floor
>Chicago, Illinois  60601
>Telephone: (312) 324-1000
>Fax:  (312) 324-1001
>
>*Attorneys for Defendant PNC Bank*