Case: 1:10-cv-00694 Document #: 40 Filed: 09/16/10 Page 1 of 3 PageID #:148
Case: 1:10-cv-00694 Document #: 38-1 Filed: 09/14/10 Page 1 of 3 PageID #:144

MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA JARMASEK, on behalf of herself and all other Plaintiffs,<br><br>      Plaintiff,<br><br>vs.<br><br>PNC BANK, N.A.,<br><br>      Defendant. | Case No. 10-CV-694<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Susan E. Cox |

## ORDER OF FINAL DISMISSAL WITH PREJUDICE

On July 8, 2010, the Court entered an order approving the settlement of the claims in this matter. Subsequently, the parties have implemented the terms of the settlement. The Court now finds that persons eligible to participate in the settlement have been afforded an opportunity to opt into this lawsuit.

Accordingly, the Court hereby DISMISSES WITH PREJUDICE and on the merits any and all claims that were or could have been raised in the above-styled lawsuit by Plaintiff Barbara Jarmasek ("Plaintiff") and further DISMISSES WITH PREJUDICE any and all claims that were raised in the above-styled lawsuit by each individual who has consented to opt into this lawsuit and is identified in Exhibit A, attached hereto. Except as expressly agreed to in the Confidential Global Settlement Agreement, each party shall bear his, her, or its own costs and attorneys' fees in this litigation. The Court reserves jurisdiction to enforce the Confidential Global Settlement Agreement.

Neither this Order, the Confidential Global Settlement Agreement, nor any other documents or information relating to the settlement of this action shall constitute, be construed to

be, or be admissible in any proceeding as evidence: (a) that any group of similarly situated or other employees exists to maintain a collective action under the FLSA, or a class action under Rule 23 of the Federal Rules of Civil Procedure or comparable state laws or rules, (b) that any party has prevailed in this case, or (c) that the Defendant or others have engaged in any wrongdoing.

**APPROVED AND SO ORDERED:**

Date: 9-16-10

The Honorable Matthew F. Kennelly
United States District Judge

## EXHIBIT A – CHART OF INDIVIDUAL SETTLEMENT OPT-INS

### NAME OF OPT-IN

1. Diesem, Marianne M.
2. Faser, Nancy A.
3. Jovaisa, Vilma
4. Kuhrt, Linda S.
5. Reilly, Jeanette I.
6. Sullivan, Eileen M.